CAUSE NO. 6,112

JORA MTZ CASTAÑON
DISTRICT CLERK

| | | |
|---|---|---|
| UNITED RESOURCES, LP | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | ZAPATA COUNTY, TEXAS |
| | § | ZAPATA COUNTY, TEXAS |
| SEPCO TUBULARS, INC. and | § | BY_____DEPUTY |
| NORTH AMERICAN INTERPIPE, INC., | § | |
| a/k/a NORTH AMERICAN INTERPIPE, INC. | § | |
| SEPCO S.A., ALLIED STEEL, S.A., JSC | § | |
| NIZHNEDNEPROVSKY TUBE ROLLING | § | |
| PLANT a/k/a NIZHNEDNEPROVSKY | § | |
| TRUBNY ZAVO a/k/a INTERPIPE NTRP | § | |
| a/k/a NTRP, INTERPIPE, INTERPIPE | § | |
| EUROPE, S.A., INTERPIPE UKRAINE | § | |
| LLC, CJSC NIKOPOLSKY SEAMLESS | § | |
| PIPE PLANT a/k/a NIKOPOLSKY ZAVOD | § | |
| BESSHOVNYKH TRUB, NIKOPOL | § | |
| TRUBNAYA COMPANY, JSC | § | |
| NOVOMOSKOVSKY PIPE PRODUCING | § | |
| PLANT a/k/a NOVOMOSKOVSKY TRUBNY | § | |
| ZAVOD, and PADRE TUBULARS, INC. | § | 49TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

COME NOW the following Defendants and file this Notice of Appeal:

- JSC NIZHNEDNEPROVSKY TUBE ROLLING PLANT a/k/a NIZHNEDNEPROVSKY TRUBNY ZAVOD a/k/a INTERPIPE NTRP a/k/a NTRP;

- Sepco Tubulars, Inc. n/k/a North American Interpipe, Inc.;

- Sepco SA n/k/a Interpipe Europe SA; and

- Padre Tubulars, Inc.

These Defendants give notice that they are appealing from the trial court's Final Judgment signed in this cause on November 11, 2014, as well as the court's rulings on their pre-trial and post-trial motions. All of these Defendants desire to appeal from the court's judgment and rulings.

1

000880

This appeal will be taken to the Fourth Judicial District Court of Appeals, San Antonio, Texas.

Respectfully submitted,

By: _____
TIMOTHY R. HIGHTOWER
State Bar No. 00795421
ALEXANDRA MUTCHLER
State Bar No. 24051102
**HIGHTOWER & CAPELLAN**
639 Heights Blvd.
Houston, Texas 77007
(832) 433-7279; (832) 431-4288 (fax)
thightower@hrclegal.com
amutchler@hrclegal.com

_____
AUDREY MULLERT VICKNAIR
State Bar No. 14650500
**LAW OFFICE OF AUDREY MULLERT VICKNAIR**
802 N. Carancahua Ste. 1350
Corpus Christi, Texas 78401-0022
(361)888-8413; (361)887-6207 (fax)
avicknair@vicknairlaw.com

*Counsel for Defendants/Appellants*

2

000881

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing motion was served on counsel for the Plaintiff, as designated below, on this the **5**th day of February, 2015, in the manner prescribed by the Texas Rules of Civil and Appellate Procedure:

Mr. Michael E. McElroy
McElroy, Sullivan & Miller, LLP
1201 Spyglass, Ste. 200
Austin, Texas 78746
mmcelroy@msmtx.com

*Attorney for Plaintiff/Appellee*

Timothy R. Hightower
Audrey Mullert Vicknair

3

000882